```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08713
   TAMARA L HALL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9180


----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 07/21/2006 and was confirmed 10/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/13/2008.
----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00            .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      495.34            .00         495.34
CITY OF CHICAGO DEPT OF  SECURED            375.00            .00         375.00
MIDWEST TILTE LOAN       SECURED VEHIC      777.48          59.83         251.21
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED            .00            .00
APPLE CREDIT BANK        UNSEC W/INTER   NOT FILED            .00            .00
BELL GENERAL OFFICE CRED UNSEC W/INTER     2011.32            .00            .00
CUSTOMER SERVICE         UNSEC W/INTER   NOT FILED            .00            .00
DRAGAN IVKOVOC MD        NOTICE ONLY     NOT FILED            .00            .00
ENCORE RECEIVABLE MANAGE UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      532.74            .00            .00
IC SYSTEMS               UNSEC W/INTER      815.00            .00            .00
NEWPORT NEWS             UNSEC W/INTER   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER     1063.34            .00            .00
RADIOLOGY CONSULTANTS    UNSEC W/INTER   NOT FILED            .00            .00
SPIEGEL                  UNSEC W/INTER   NOT FILED            .00            .00
THOMAS E JOLAS           NOTICE ONLY     NOT FILED            .00            .00
WEST ASSET MANAGEMENT    UNSEC W/INTER   NOT FILED            .00            .00
WEST SIDE PATHOLOGY ASSO UNSEC W/INTER   NOT FILED            .00            .00
WESTLAKE COMMUNITY HOSPI UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      731.50            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      362.70            .00            .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       2,490.00                       2,490.00
TOM VAUGHN               TRUSTEE                                            228.62
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                3,900.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08713 TAMARA L HALL
```

```
PRIORITY                                                               .00
SECURED                                                           1,121.55
    INTEREST                                                         59.83
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,490.00
TRUSTEE COMPENSATION                                                228.62
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                         3,900.00           3,900.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE